WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

By:    LORI A. LEWIS
       Deputy County Attorney
       State Bar No. 019285
       MCAO Firm No. 00032000
       E-mail: LewisL01@mcao.maricopa.gov

CIVIL SERVICES DIVISION
Security Center Building
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004-2206
Telephone (602) 506-8017

*Attorneys for Maricopa County Treasurer*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>C.M.B. III, L.L.C.,<br><br>      Debtor. | Case No. 2:10-bk-30496-GBN<br><br>Chapter 11 Proceedings<br><br>**OBJECTION TO DEBTOR'S PLAN OF REORGANIZATION**<br><br>**[Relates to Docket No. 96]** |

Maricopa County Treasurer ("MCT"), a secured tax lien creditor, by and through its undersigned counsel, hereby objects to confirmation of *Debtor's Plan of Reorganization* filed on February 7, 2011 (the "Plan"). MCT objects to confirmation of the Plan as it (1) fails to include a provision that MCT shall retain its liens for unpaid property taxes until such time as the taxes and any related interest is paid in full, and (2) fails to clearly provide for the accrual of post-petition interest on MCT's secured tax claim at the statutory rate.

    1. **MCT's Secured Tax Claims**:

On October 6, 2010 MCT filed a secured tax claim in the amount of $527,762.94 representing the 2010 real property taxes due on parcels 149-23-022, 149-23-023, 149-23-024, 149-23-025, 149-23-026 and 149-23-027, located approximately just west of I-

17 and between Thunderbird Rd. and Sweetwater Avenue, Phoenix, Arizona. Interest accrues on the MCT secured tax claim at the statutory rate of 16% per annum, if not timely paid. *See* 11 U.S.C. § 511 and A.R.S. § 42-18053.

In addition, on January 1, 2011, property tax liens attached to any real property in Maricopa County owned by the Debtors to secure payment of real property taxes due in 2011. A.R.S. § 42-17153. The 2011 real property taxes will be liquidated in amount around September 1, 2011 and constitute secured administrative expenses.

1. **No Provision for Lien Retention**:

Arizona law grants Maricopa County valid liens that are "prior and superior to all other liens and encumbrances on the property." *See* A.R.S. § 42-17153. Section 11.3 of the Plan provides that as of the Effective Date, the Debtor shall be revested with title to all property of its estate, "free and clear of all liens, Claims and interests, except to the extent provided in this Plan or in the Confirmation Order." The Plan should include a provision for the retention of MCT's property tax liens securing the payment of the MCT secured tax claim and any post-petition administrative tax claims.

2. **Post-Petition Interest**:

The Plan fails to provide for the accrual of post-petition interest on the MCT secured tax claim. The Plan provides in Section 8.4 that "Unless otherwise specifically provided for in this Plan, the Confirmation Order or the Bankruptcy Code, postpetition interest shall not accrue or be paid on any Claim." Section 5.4 of the Plan does not specifically provide for the accrual of statutory interest on MCT's secured tax claim.

The Arizona Revised Statutes provide that all taxes bear interest from the date of delinquency at the rate of 16% per annum. A.R.S. § 42-18053. Further, real property tax obligations are first priority, secured obligations. A.R.S. § 42-17153. There is no dispute that the properties securing the MCT secured tax claims are worth more than the amount of the respective claims. MCT is therefore entitled to interest on the MCT

2

secured tax claims pursuant to 11 U.S.C. §506(b) as an oversecured creditor. The Debtors are required to pay MCT (a) its entire secured claim and (b) post-petition interest on its secured claim until the claim is paid in full. *See* 11 U.S.C. §§ 506, 511, 1129(a)(7) and 1129(a)(9). The Plan should provide for the accrual of post-petition statutory interest on the MCT secured tax claims.

### 3. **Proposed Treatment**:

MCT proposes the following treatment of the MCT Tax Claims.

> On the Effective Date, the Maricopa County Treasurer's secured tax claims will be allowed in the principal amount of the tax due, with interest at the statutory rate and without penalties. The Allowed Claims will accrue interest post-petition at the applicable statutory rate. On the Effective Date, the Reorganizaed Debtor shall pay to each holder of an Allowed Class 4 Claim, in Cash on the Effective Date, plus any accrued and accruing interest, to bring the tax obligations current. Maricopa County shall retain its liens for unpaid property taxes until such time as the taxes and any related interest is paid in full. Real and personal property taxes incurred post-petition shall be paid in the ordinary course of Debtor's business in accordance with state law, with interest to accrue at the statutory rate if not timely paid. Maricopa County is not required to file requests for payment of administrative expenses related to the payment of taxes incurred post-petition per 11 U.S.C. 503 § (b)(1)(D).

Based on the foregoing, Maricopa County respectfully requests that the Court deny confirmation of the Plan unless Debtor further amends the Plan to (1) include a provision for the retention of MCT's tax liens securing the MCT secured tax laims and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

any post-petition administrative tax claims, and (2) provide for the accrual of post-petition interest on the MCT secured tax claims.

RESPECTFULLY SUBMITTED this 11th day of May, 2011.

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

BY: */s/ Lori A. Lewis*
LORI A. LEWIS
Deputy County Attorney
*Attorney for Maricopa County Treasurer*

ORIGINAL of the foregoing E-FILED
this 11th day of May, 2011 with:

Clerk, United States Bankruptcy Court
District of Arizona
230 N. First Avenue, Suite 101
Phoenix, Arizona, 85003-1706

COPY of the foregoing mailed/e-mailed,
this 4th day of May, 2011, to:

U.S. Trustee's Office
230 N. First Ave., Ste. 204
Phoenix, AZ 85003-1706
Email: USTPRegion14.PX.ECF@USDOJ.GOV

Richard M. Lorenzen
Perkins Coie Brown & Bain P.A.
2901 N. Central Ave., Ste. 2000
Phoenix, AZ 85012-2788
Email: rlorenzen@perkinscoie.com
*Attorney for Debtor*

*/s/ Shelley Cottrell*
S:\COUNSEL\Civil\Matters\BK\2010\BK10-30496 CMB III LLC\Obj Plan CMB III 10-30496.docx