**RYLEY CARLOCK & APPLEWHITE**
One North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4417
Telephone: 602/258-7701
Telecopier: 602/257-9582

John J. Fries – 007182
jfries@rcalaw.com
Josh Kahn – 026284
jkahn@rcalaw.com

Attorneys for Maureen Gaughan,
  Chapter 11 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:

C.M.B. III, L.L.C.,

                Debtor.

Chapter 11 Proceedings

Case No. 2:10-bk-30496-GBN

**TRUSTEE'S RESPONSE AND LIMITED OBJECTION TO THE DEBTOR'S PLAN OF REORGANIZATION**

Maureen Gaughan, the Chapter 11 Trustee, hereby files her response and limited objection to the Debtor's Plan of Reorganization. The Trustee was appointed pursuant to the Order Granting Creditor Union Fidelity Life Insurance Company's Motion for Appointment of Chapter 11 Trustee (the "Appointment Order", DE #126) to investigate, report on, prosecute and otherwise pursue any and all claims of the Debtor's bankruptcy estate against insiders, affiliates, or companies or persons with common ownership of the Debtor, including, but not limited to, all claims for outstanding avoidable transfers arising under 11 U.S.C. §§ 544 - 551. The Trustee is still in the process of conducting her investigation and determining whether to prosecute an action on behalf of the Debtor's estate. The Trustee does not take a position on the merits of the Debtor's Plan or whether it should be confirmed, but the Trustee does object to the Plan to the extent it purports to limit her ability to investigate and potentially pursue, on the estate's behalf, a cause of action against insiders, affiliates, or other persons or entities in common ownership to the Debtor, or to otherwise comply with her duties and responsibilities as set forth in the Appointment Order.

1390071.2
5/12/11

Respectfully submitted this 12th day of May, 2011.

RYLEY CARLOCK & APPLEWHITE

By /s/ Josh Kahn
    John J. Fries
    Josh Kahn
    One North Central Avenue, Suite 1200
    Phoenix, Arizona 85004-4417
    Attorneys for Maureen Gaughan,
    Chapter 11 Trustee

The foregoing was electronically filed with the U.S. Bankruptcy Court on this 12th day of May, 2011.

A copy of the foregoing was served upon the following parties, by First-Class U.S. Mail and/or e-mail on this 12th day of May, 2011.

U.S. Trustee
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003

Richard M. Lorenzen
Perkins Coie LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Email: rlorenzen@perkinscoie.com
Attorneys for the Debtor

Barbara Lee Caldwell
CALDWELL PADISH & WELLS
7333 E. Doubletree Ranch Road, Suite 255
Scottsdale, AZ 85258
bcaldwell@cpwlawyers.com
Attorneys for Maricopa County


By: /s/ Josh Kahn
    Josh Kahn